**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Patrice D. Reed                           CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 18-17921 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PHFA and index same on the master mailing list.

                                             Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
12 Nov 2020, 16:50:06, EST

                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 627-1322