United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-17921-amc |
| Patrice D. Reed | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 20, 2023 | Form ID: 138OBJ | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrice D. Reed, 820 N. Capitol Street, Philadelphia, PA 19130-1445 |
| 14261882 | + | DGMB Casino, dba Resorts Casino Hotel, c/o Vonnie Clark, Collections Agent, 1133 Boardwalk, Atlantic City, NJ 08401-7395 |
| 14238771 | + | Jamillah R. Slocum, 820 N. Capitol Street, Philadelphia, PA 19130-1445 |
| 14238773 | #+ | Kwartler Manus, LLC, 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |
| 14238779 | + | Resorts Hotel and Casino, 1133 Boardwalk, Atlantic City, NJ 08401-7395 |
| 14238781 | + | Tropicana Casino, 2831 Boardwalk, Atlantic City, NJ 08401-6390 |
| 14251776 | + | Tropicana Casino and Resort, PO BOX 7246, Atlantic City NJ 08404-7246 |
| 14238783 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, PO Box 6429, Greenville, SC 29606 |
| 14238785 | | Westgate, 5601 Windover Drive, Orlando, FL 32819-7905 |
| 14238786 | + | Westgate Resorts (Time shares), 2801 Old Winter Garden Road, Ocoee, FL 34761-2965 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 21 2023 00:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2023 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14253256 | | Email/PDF: bncnotices@becket-lee.com | Dec 21 2023 00:50:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14238764 | + | Email/PDF: bncnotices@becket-lee.com | Dec 21 2023 00:50:01 | American Express Trs, Attn: Bankruptcy Department, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14238765 | + | Email/PDF: bncnotices@becket-lee.com | Dec 21 2023 00:34:25 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14321726 | | Email/Text: megan.harper@phila.gov | Dec 21 2023 00:22:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14327892 | | Email/Text: megan.harper@phila.gov | Dec 21 2023 00:22:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14238766 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 21 2023 00:35:14 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

Case 18-17921-amc    Doc 48    Filed 12/22/23    Entered 12/23/23 00:34:35    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 20, 2023 | Form ID: 138OBJ | Total Noticed: 39 |

| Recip ID | | Notice Type | Notice Time | Name and Address |
|---|---|---|---|---|
| 14238768 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2023 00:35:48 | Citicards, Citicorp Credit Services/Attn: Centraliz, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14238774 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2023 00:34:23 | Macys/DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14245213 | | Email/Text: mrdiscen@discover.com | Dec 21 2023 00:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14238769 | + | Email/Text: mrdiscen@discover.com | Dec 21 2023 00:22:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14238770 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 21 2023 00:22:00 | First National Bank, ATTn: Tina, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 14240812 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 21 2023 00:22:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14238767 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 21 2023 00:34:54 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 14238772 | + | Email/Text: bankruptcydept@kinecta.org | Dec 21 2023 00:22:00 | Kinecta Fcu, Attn: Bankruptcy, PO Box 10003, Manhattan Beach, CA 90267-7503 |
| 14247007 | + | Email/Text: bankruptcydept@kinecta.org | Dec 21 2023 00:22:00 | Kinecta Federal Credit Union, 1440 Rosecrans Avenue, PO Box 10003, Manhattan Beach, CA 90267-7503 |
| 14268121 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2023 00:34:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14238775 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 21 2023 00:22:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 14238776 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 21 2023 00:22:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 14238777 | | Email/Text: blegal@phfa.org | Dec 21 2023 00:22:00 | Pennsylvania Housing Finance Agency, ATTN: Bankruptcy, PO Box 8029, Harrisburg, PA 17105 |
| 14560831 | ^ | MEBN | Dec 21 2023 00:14:33 | PHFA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14270414 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2023 00:35:40 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14238778 | + | Email/Text: CollectionsDept@PFCU.COM | Dec 21 2023 00:22:00 | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14238780 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 21 2023 01:01:03 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14277860 | | Email/Text: electronicbkydocs@nelnet.net | Dec 21 2023 00:22:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14238782 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 21 2023 00:22:00 | Us Dept Of Ed/glelsi, 2401 International, Madison, WI 53704-3121 |
| 14244017 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 21 2023 00:49:51 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14261295 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 21 2023 01:11:32 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID      Bypass Reason   Name and Address**

| | | |
|---|---|---|
| 14257520 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14238784 | *P++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001, address filed with court:, Wells Fargo Bank Ia N, Attn: Bankruptcy Dept, PO Box 6429, Greenville, SC 29606 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:**

**Name** | **Email Address**

BRANDON J PERLOFF
on behalf of Debtor Patrice D. Reed bperloff@perlofflaw.com  kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net

BRIAN CRAIG NICHOLAS
on behalf of Creditor PHFA bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER
on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Patrice D. Reed

        Debtor(s)

Case No: 18−17921−amc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/20/23

47 − 26
Form 138OBJ