IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        CHAPTER 13

Patrice D. Reed                           :

                                          :        BANKRUPTCY NO. 18-17921-amc

        DEBTOR(S)

## ORDER

AND NOW, it appearing that the Notice of Completion of Plan Payments has not been

filed in the above-captioned Bankruptcy Case, it is hereby

ORDERED that the Order Discharging the Debtor(s) Case erroneously entered by the

clerk's office on January 10, 2024 is VACATED.

                                          BY THE COURT:


                                          _____
DATED:    August 12, 2024                 ASHELY M. CHAN
                                          CHIEF U.S. BANKRUPTCY JUDGE