United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                               Case No. 18-17921-amc

Patrice D. Reed                                                                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                        User: admin                                                       Page 1 of 3

Date Rcvd: Aug 13, 2024                               Form ID: pdf900                                      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrice D. Reed, 820 N. Capitol Street, Philadelphia, PA 19130-1445 |
| 14261882 | + | DGMB Casino, dba Resorts Casino Hotel, c/o Vonnie Clark, Collections Agent, 1133 Boardwalk, Atlantic City, NJ 08401-7395 |
| 14238771 | + | Jamillah R. Slocum, 820 N. Capitol Street, Philadelphia, PA 19130-1445 |
| 14238779 | + | Resorts Hotel and Casino, 1133 Boardwalk, Atlantic City, NJ 08401-7395 |
| 14238781 | + | Tropicana Casino, 2831 Boardwalk, Atlantic City, NJ 08401-6390 |
| 14251776 | + | Tropicana Casino and Resort, PO BOX 7246, Atlantic City NJ 08404-7246 |
| 14238783 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, PO Box 6429, Greenville, SC 29606 |
| 14238786 | + | Westgate Resorts (Time shares), 2801 Old Winter Garden Road, Ocoee, FL 34761-2965 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 14 2024 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2024 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: blegal@phfa.org | Aug 14 2024 00:04:00 | Pennsylvania Housing Finance Agency, 211 N. Front Street, Harrisburg, Pa 17101-1406 |
| cr | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 14 2024 00:19:38 | Wells Fargo Bank, N.A., MAC Q2132-023 P.O. Box 94423, Albuquerque, NM 87199 |
| 14253256 | | Email/PDF: bncnotices@becket-lee.com | Aug 14 2024 00:20:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14238764 | + | Email/PDF: bncnotices@becket-lee.com | Aug 14 2024 00:18:17 | American Express Trs, Attn: Bankruptcy Department, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14238765 | + | Email/PDF: bncnotices@becket-lee.com | Aug 14 2024 00:19:54 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14327892 | | Email/Text: megan.harper@phila.gov | Aug 14 2024 00:04:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14321726 | | Email/Text: megan.harper@phila.gov | Aug 14 2024 00:04:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14238766 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2024 00:21:01 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14238768 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2024 00:35:14 | Citicards, Citicorp Credit Services/Attn: Centraliz, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14238774 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2024 00:18:15 | Macys/DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14245213 | | Email/Text: mrdiscen@discover.com | Aug 14 2024 00:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14238769 | + | Email/Text: mrdiscen@discover.com | Aug 14 2024 00:04:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14238770 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 14 2024 00:04:00 | First National Bank, ATTn: Tina, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 14240812 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 14 2024 00:04:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14238767 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 14 2024 00:20:55 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 14238772 | + | Email/Text: bankruptcydept@kinecta.org | Aug 14 2024 00:04:00 | Kinecta Fcu, Attn: Bankruptcy, PO Box 10003, Manhattan Beach, CA 90267-7503 |
| 14247007 | + | Email/Text: bankruptcydept@kinecta.org | Aug 14 2024 00:04:00 | Kinecta Federal Credit Union, 1440 Rosecrans Avenue, PO Box 10003, Manhattan Beach, CA 90267-7503 |
| 14268121 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2024 00:18:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14238775 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 14 2024 00:05:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 14238776 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 14 2024 00:05:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 14238777 | | Email/Text: blegal@phfa.org | Aug 14 2024 00:04:00 | Pennsylvania Housing Finance Agency, ATTN: Bankruptcy, PO Box 8029, Harrisburg, PA 17105 |
| 14560831 | ^ | MEBN | Aug 14 2024 00:00:07 | PHFA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14270414 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2024 00:21:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14238778 | + | Email/Text: CollectionsDept@PFCU.COM | Aug 14 2024 00:04:00 | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14238780 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:19:49 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14277860 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 14 2024 00:04:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14238782 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 14 2024 00:04:00 | Us Dept Of Ed/glelsi, 2401 International, Madison, WI 53704-3121 |
| 14244017 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 14 2024 00:19:46 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14261295 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 14 2024 00:19:42 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14238785 | ^ | MEBN | Aug 14 2024 00:00:04 | Westgate, 5601 Windover Drive, Orlando, FL 32819-7905 |

TOTAL: 32

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 13, 2024 | Form ID: pdf900 | Total Noticed: 40 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14257520 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14238784 | *P++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001, address filed with court:, Wells Fargo Bank Ia N, Attn: Bankruptcy Dept, PO Box 6429, Greenville, SC 29606 |
| 14238773 | ##+ | Kwartler Manus, LLC, 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2024             Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRANDON J PERLOFF | on behalf of Debtor Patrice D. Reed bperloff@perlofflaw.com kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor PHFA bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            :        CHAPTER 13

Patrice D. Reed                                   :

                                                  :        BANKRUPTCY NO. 18-17921-amc

            DEBTOR(S)

## ORDER

AND NOW, it appearing that the Notice of Completion of Plan Payments has not been filed in the above-captioned Bankruptcy Case, it is hereby

ORDERED that the Order Discharging the Debtor(s) Case erroneously entered by the clerk's office on January 10, 2024 is VACATED.

BY THE COURT:

ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE

DATED:   August 12, 2024